IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA


RICKKE LEON GREEN,            )
                             )
            Petitioner,      )
                             )
v.                           )          Case No.  CIV-06-61-L
                             )
JOHN WHETSEL, Sheriff,       )
                             )
            Respondent.      )


## O R D E R

This matter is before the court for review of the Report and

Recommendation entered by United States Magistrate Judge Doyle W. Argo on

on March 20, 2006.  Petitioner, a prisoner appearing *pro se*, filed this action

pursuant to 28 U.S.C. §2254 seeking a writ of habeas corpus.  The Magistrate

Judge recommended that the petition for a writ of habeas corpus be dismissed

without prejudice to refiling due to petitioner's failure to either pay the required

filing fee or to submit a completed *in forma pauperis* application.

The court file reflects that no party has filed a written objection to the

Magistrate Judge's Report and Recommendation.  Upon *de novo* review of the

entire case file in this matter, the court finds that the Report and

Recommendation of the Magistrate Judge should be and is hereby adopted in its

entirety.

**Accordingly, the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is DISMISSED WITHOUT PREJUDICE.**

It is so ordered this 12th day of April, 2006.

TIM LEONARD
United States District Judge